**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In Re: **CARRIER, ROBERT D.**　　　　　　　　Case No.: 11-31143PNS3
　　　　& **CARRIER, ALEXANDRA E.**
　　　　　　Debtors　　　　　　　　　　　　　Chapter:　　7
_____//

## MOTION FOR AUTHORITY TO SELL PROPERTY
## FREE AND CLEAR OF LIENS

**COMES NOW,** the Trustee, **SHERRY F. CHANCELLOR,** and files this her Motion for Authority to Sell Property Free and Clear of Liens and says as follows:

1. The property of the estate includes vehicles, including, but not limited to a 2004 Toyota Land Cruiser.

2. The Trustee has received and offer to purchase the non-exempt portion of the vehicle for $16,956.00.

1. The Trustee requests that she be allowed to sell the property free and clear of liens in accordance with 11 U.S.C §363(f)(4).

4. The property is being sold to the Debtor who has an exempt interest in the property of $5,618.75.

5. The Trustee is in need of an Order allowing her to sell the properties free and clear of liens so that she may proceed with the sale of the property as the sale is in the best interests of the estate.

**WHEREFORE,** the Trustee respectfully prays that this Court enter an Order and therein to Grant the Trustee the authority to sell the property described above free and

clear of liens and grant any other and further relief that this Court may deem just and proper.

/s/SHERRY F. CHANCELLOR
**SHERRY F. CHANCELLOR**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Regions Bank, C/O J. Arby Van Slyke, Esquire, PO Box 13244, Pensacola, Florida 32591 and to all other parties in interest electronically or by U.S. Mail this the 4th day of October 2011.

/s/ SHERRY F. CHANCELLOR
**SHERRY F. CHANCELLOR**
619 West Chase St.
Pensacola, Florida 32502
(850) 436-8445
Fla Bar No.: 434574
sherry.chancellor@yahoo.com